IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL STEVE DIXON,

    Plaintiff,                    No. CIV S-08-1546 LKK EFB P

    vs.

J. S. O'CONNOR, et al.,

    Defendants.          ORDER

_____/

       Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. §1983.

       To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).  He has submitted the required trust account statement, but his affidavit is incomplete.

       Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or a complete affidavit as required by § 1915(a).  The Clerk of the Court is directed

////

////

////

1

to mail to plaintiff a form application for leave to proceed *in forma pauperis*. Failure to comply with this order will result in a recommendation that this action be dismissed.

So ordered.

Dated: October 22, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE