# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL STEVE DIXON,<br><br>    Plaintiff,<br><br>v.<br><br>J.S. O'CONNOR, et al.,<br><br>    Defendants. | 2:08-CV-01546-LDG<br><br>**ORDER** |

    Plaintiff Daniel Steve Dixon has filed a motion to proceed in forma pauperis (#10) and a motion to amend his complaint (#19). The court has reviewed plaintiff's materials in support of his application to proceed in forma pauperis, and recognizes that plaintiff has heretofore submitted partial payment of $50 towards the filing fee. Based on plaintiff's representations, he is entitled to proceed in forma pauperis. Furthermore, plaintiff's motion to amend his complaint will be granted.

    THE COURT HEREBY ORDERS that plaintiff's motion to proceed in forma pauperis (#10) and his motion to amend his complaint (#19) are GRANTED.

Dated this 13 day of May, 2010.

_____
Lloyd D. George
United States District Judge