# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL STEVE DIXON,

    Plaintiff,

v.

J.S. O'CONNOR, et al.,

    Defendants.

2:08-CV-01546-LDG

**ORDER**

Plaintiff Daniel Steve Dixon has filed a motion for six (6) USM-285 forms so that he may effectuate service of his Amended Complaint (#22). This court subsequently ordered the Clerk of the Court to send plaintiff the requested forms (#27). Accordingly,

THE COURT HEREBY ORDERS that Dixon's motion (#22) is DENIED as moot.

Dated this _____ day of March, 2011.

_____
Lloyd D. George
United States District Judge