1

2

3

4            IN THE UNITED STATES DISTRICT COURT

5            FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7   DANIEL STEVE DIXON,                          2:08-CV-01546-LDG

8          Plaintiff,
                                                 **ORDER**
9   v.

10  J.S. O'CONNOR, et al.,

11         Defendants.

12

13        Plaintiff Daniel Steve Dixon has filed a motion for preliminary injunction (#31), a request

14  for entry of default (#34), and a motion to consolidate civil actions (#35).  The court must deny

15  Dixon's motion for preliminary injunction because Defendants have not yet been served, and

16  consequently have not appeared, and therefore a motion for preliminary injunction is not yet

17  proper.  *See* Fed. R. Civ. P. 65(a)(1).  In any event, Dixon has failed to demonstrate the likelihood,

18  not mere possibility, of irreparable injury in the absence of a preliminary injunction.  *See*

19  *Stormans, Inc. v. Selecky*, 586 F.3d 1109, 1127 (9th Cir. 2009) (citing *Winter v. Natural Res. Def.*

20  *Council, Inc.*, 555 U.S. 7, 129 S. Ct. 365, 374 (2008)).  The court notes, however, that Dixon may

21  again move for preliminary injunction when procedurally appropriate, provided that he is either

22  actually transferred or can demonstrate more than mere speculation of transfer to another facility.

23  Additionally, Dixon's request for entry of default judgment is premature in light of this court's

24  recent order regarding service of process upon Defendants.  Finally, Dixon's motion to consolidate

25  civil actions is denied for the reasons stated in Judge Newman's order (2:10-cv-1441-GEB-KJN,

26  #25).  Accordingly,

1     THE COURT HEREBY ORDERS that Dixon's motion for preliminary injunction (#31) is

2    DENIED.

3     THE COURT FURTHER ORDERS that Dixon's request for entry of default (#34) is

4    DENIED.

5     THE COURT FURTHER ORDERS that Dixon's motion to consolidate civil actions (#35)

6    is DENIED.

7

8     Dated this ____ day of April, 2011.

9

10                                         _____

11                             Lloyd D. George
                                    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26