# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

DANIEL STEVE DIXON,

    Plaintiff,

v.

J. S. O'CONNER, et. al.,

    Defendants.

Case No. 2:08-cv-01546-LDG

**AMENDED ORDER**

    Plaintiff Daniel Steve Dixon has filed an unopposed motion for a 30-day extension of time to file an opposition to Defendant Costales and Anderson's motion to dismiss (#46). Plaintiff timely filed his request for extension based on insufficient on-site resources at Ironwood State Prison. Plaintiff has, therefore, demonstrated good cause for extending the time limit to respond to Defendant's motion to dismiss. *See* Fed. R. Civ. P. 6(b)(1)(A). Plaintiff, however, incorrectly requests that the 30-day extension conclude on August 24, 2011. Because Plaintiff's original deadline to submit his opposition to Defendant's motion to dismiss was June 24, 2011, any 30-day extension would conclude on July 24, 2011. Accordingly,

    THE COURT HEREBY ORDERS that Plaintiff's motion for a 30-day extension of time to file his opposition to Defendant's motion to dismiss (#46) is GRANTED. Plaintiff shall file such opposition by July 24, 2011. Furthermore,

1 | THE COURT HEREBY ORDERS that Defendant's motion for clarification (#48) is
2 | denied as moot.
3 | Dated this __14__ day of July, 2011.
4 |
5 |
6 | _____
7 |
8 | Lloyd D. George
  | United States District Judge