# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL STEVE DIXON,<br><br>    Plaintiff,<br><br>v.<br><br>J.S. O'CONNOR, et al.,<br><br>    Defendants. | 2:08-CV-01546-LDG<br><br>**ORDER** |

Plaintiff Daniel Steve Dixon has filed a motion for appointment of counsel (#56). In order for the motion to be granted, Dixon must show exceptional circumstances, including the likelihood of success on the merits and the inability of the pro se litigant to articulate his claims in light of the complexity of the issues involved. *Willborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Dixon, however, has not demonstrated the exceptional circumstances necessary for appointment of counsel.

Plaintiff has also filed a motion for a thirty-day extension of time to reply to Defendants Knipp, Martel, Grannis, and O'Connor's motion to dismiss (#55). This court previously granted Dixon's similar request with regard to Defendants Costales and Anderson's motion to dismiss (#54). Therefore, for good cause shown, and for a unified briefing schedule on the pending motions to dismiss,

THE COURT HEREBY ORDERS that Plaintiff's request for extension of time to file (#55) is GRANTED. Plaintiff must file any opposition to Defendants Knipp, Martel, Grannis, and O'Connor's motion to dismiss by August 24, 2011.

THE COURT FURTHER ORDERS that Plaintiff's motion for appointment of counsel (#56) is DENIED.

THE COURT FURTHER ORDERS that Plaintiff's motion for consolidation (#57) is DENIED.

Dated this 25 day of July, 2011.

_____
Lloyd D. George
United States District Judge