# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL STEVE DIXON,<br><br>    Plaintiff,<br><br>v.<br><br>J.S. O'CONNOR, et al.,<br><br>    Defendants. | 2:08-CV-01546-LDG<br><br>**ORDER** |

Plaintiff Daniel Steve Dixon has filed a second request for extension of time to file an opposition to Defendants Knipp, Martel, Grannis, and O'Connor's motion to dismiss (#62). Dixon requests a 14-day extension based on inadequate library access. Therefore, for good cause shown,

THE COURT HEREBY ORDERS that Plaintiff's request for extension of time to file (#62) is GRANTED. Plaintiff must file any opposition to Defendants Knipp, Martel, Grannis, and O'Connor's motion to dismiss by September 7, 2011.

Dated this ___ day of August, 2011.

_____
Lloyd D. George
United States District Judge